BARKETT, Circuit Judge,
specially concurring:
I agree that Davis’s application for a certificate of appealability should be denied on the ground that his appeal from the district court’s order lies in the Supreme Court, not this Court, as Davis filed an original habeas petition in the Supreme Court. I write separately only to clarify that my agreement on this point in no way detracts from my earlier opinion dissenting from this Court’s denial of Davis’s application to file a second or successive habeas petition. In re Davis, 565 F.3d 810, 827-31 (11th Cir.2009) (Barkett, J., dissenting). In that opinion, I expressed the view that AEDPA’s limitations on filing a second or successive habeas petition “cannot possibly be applied when to do so would offend the Constitution and the fundamental concept of justice that an innocent man should not be executed.” Id. at 827.